UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NESTOR A. PEREZ,

    Plaintiff,

v.                                                     Case No:   6:12-cv-1900-Orl-TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

This case comes before the Court on Shea A. Fugate's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b), and Shea A. Fugate's Amended Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Docs. 29-30).   The parties consented to have a United States magistrate judge conduct all proceedings in this case including the entry of final judgment and all post-trial proceedings and on June 5, 2014 the district judge referred the case to the magistrate to conduct all proceedings in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 (Doc. 16).

Plaintiff brought this action to obtain Social Security Disability Insurance Benefits and Supplemental Security Income under Title II and Title XVI of the Social Security Act, 42 U.S.C. §§ 416 and 423 (Doc. 30, ¶ 4).   The Court ruled for Plaintiff, and reversed and remanded the case to Defendant for further proceedings (Id., ¶ 5).   It also awarded Plaintiff $5,116.78 in attorney's fees pursuant to the Equal Access to Justice Act

("EAJA"), 28 U.S.C. § 2412(d) (Id., ¶ 9).   On remand, the administrative law judge found for Defendant, and the case returned to this Court (Doc. 1).

Before the Court considered the case on the merits, Defendant made an unopposed motion for remand (Doc. 21).   The Court granted the motion, reversed the administrative law judge's decision, and remanded the case for further action (Doc. 22). Judgment was entered and the Court awarded Plaintiff another $2,637.41 in attorney's fees pursuant to the EAJA (Docs. 23 and 28).

On the second remand, Plaintiff was awarded Social Security benefits (Doc. 30, ¶ 7).   Defendant has withheld from the award $12,273.00 in anticipation of direct payment of a court-authorized attorney's fee to Plaintiff's lawyer (Doc. 30-3).   The fee agreements between Plaintiff and his lawyer both provide for attorney's fees in the amount of 25% of any past due benefits awarded to Plaintiff minus EAJA fees.   (Docs. 30-1 and 30-2).   Now, Plaintiff's lawyer seeks a net award of $4,518.81 which is the difference between the amount withheld by Defendant and EAJA fees previously paid. See Jackson v. Comm'r of Soc. Sec., 601 F.3d 1268, 1271-74 (11th Cir. 2010).

Pursuant to 42 U.S.C. § 406(b), an attorney who secures a favorable result for her client on remand from federal court may petition the Court for a fee not in excess of 25% of the total past-due benefits to which the claimant is entitled.   42 U.S.C. § 406(b)(1)(A). In capping the fee at twenty-five percent "Congress ... sought to protect claimants against 'inordinately large fees' and also to ensure that attorneys representing successful claimants would not risk 'nonpayment of [appropriate] fees.'"   Gisbrecht v. Barnhart, 535 U.S. 789, 805 (2002).   "Within the 25% boundary ... the attorney for the successful claimant must show that the fee sought is reasonable for the services rendered."   Id. at 807.   The Court finds the fee request reasonable under the circumstances and notes that

Defendant does not oppose the amended request (Doc. 30 at 8).   Now, after due consideration:

(1)   Shea A. Fugate's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 29) is **DENIED as moot**.

(2)   Shea A. Fugate's Amended Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 30) is **GRANTED**.   The Court approves payment by Defendant of § 406(b) fees to Plaintiff's lawyer **in the amount of $4,518.81** which is an amount equal to 25% of Plaintiff's past due benefits minus EAJA fees already paid.   This fee award shall be paid out of Plaintiff's past due benefits currently being withheld by Defendant.

**ORDERED** at Orlando, Florida on February 11, 2015.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record